**Electronically Filed
Supreme Court
SCPW-24-0000485
30-AUG-2024
01:25 PM
Dkt. 5 ODDP**

SCPW-24-0000485

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

SILAS VALDEZ, Petitioner,

vs.

THE HONORABLE ROWENA A. SOMERVILLE,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CPN-23-0000023)

ORDER DENYING PETITION WITHOUT PREJUDICE
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the letter filed on July 22, 2024, which we construe as a petition for a writ of mandamus, and the record, the amount of time that has passed without court action does not amount to a flagrant and manifest abuse of discretion, nor a refusal to act on a subject before the court under circumstances in which the court has a legal duty to act. An

extraordinary writ is unwarranted.  See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied without prejudice.

It is further ordered that the appellate clerk shall serve a copy of the July 22, 2024 letter and this order on the Respondent Judge.

DATED:  Honolulu, Hawaiʻi, August 30, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

